original or supervisory jurisdiction. When the voir dire examination is considered as a whole, the Witherspoon case has been complied with.

242 So.2d 887

**STATE of Louisiana ex rel. Eddie SINGLE-TON, Jr., Wilton Jordon, Aaron Smith and Christopher Green**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

**No. 51105.**

Jan. 27, 1971.

The application is denied as to Singleton, Smith and Green. See State v. Hopper and Woodard, 253 La. 439, 218 So.2d 551. The application of Jordon is denied. See Dutton v. Evans, 400 U.S. 74, 91 S.Ct. 210, 27 L.Ed.2d 213 (1970).

BARHAM, J., concurs in the denial of the applications of Singleton, Smith and Green. I am of the opinion that the application of Jordon should be granted. Dutton v. Evans, 400 U.S. 74, 91 S.Ct. 210, 27 L.Ed.2d 213 (1970) is inapposite. Bruton v. United States, 391 U.S. 123, 88 S.Ct. 1620, 20 L.Ed.2d 476 is controlling and mandates the granting of the writ.